UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINALD TURNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| V. | § | No. 3:14-CV-1667-B |
| | § | |
| SOUTHERN HEALTH PARTNERS, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, this action is DISMISSED without prejudice as barred by the three strikes provision of 28 U.S.C. § 1915(g). Plaintiff may reopen the case by paying the $350.00 filing fee and the $50.00 administrative fee within thirty days.

SO ORDERED this 27th day of June, 2014

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE